WWR# 040330487

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| IN RE: | CASE NO. 22-51371 |
|---|---|
| DELONE CARTER | CHAPTER 13 |
| | JUDGE ALAN M. KOSCHIK |

WILLIAM HOTALING'S
OBJECTION TO CONFIRMATION OF PLAN AS TO
361 Village Pointe Drive #C, Akron, OH 44313.

    Now comes WILLIAM HOTALING, (hereinafter referred to as "Creditor"), claimant and party in interest in the above Chapter 13 proceeding, and pursuant to Bankruptcy Rule 3015, hereby OBJECTS to the proposed Chapter 13 Plan (hereinafter referred to as "Plan"). For the factual, legal and statutory basis set forth in the attached Memorandum, confirmation of the Plan should be DENIED.

                                                  WELTMAN, WEINBERG & REIS CO., L.P.A.

                                                  /s/ MILOS GVOZDENOVIC
                                                  MILOS GVOZDENOVIC 0077969
                                                  Attorney for Creditor
                                                  965 KEYNOTE CIRCLE
                                                  CLEVELAND, OH 44131
                                                  877-338-9484
                                                  mgvozdenovic@weltman.com

## MEMORANDUM

1. On 11/18/2022, Debtor(s) filed a Chapter 13 petition.
2. On 11/18/22, Debtor(s) filed the most recently proposed Plan.

## COUNT 1

1. Debtor Delone M. Carter (hereinafter "Debtor") filed a prior Chapter 13 bankruptcy on November 8, 2019.
2. Creditor William Hotaling (hereinafter "Creditor") obtained a Consent Judgment for non-dischargeability against the Debtor in the prior bankruptcy the amount of $124,706.03 plus interest of 9% per annum. See Consent Judgment attached as Exhibit A.
3. Debtor's prior Chapter 13 case was dismissed on May 26, 2021.
4. After the prior Chapter 13 case was dismissed, Creditor filed a judgment lien against the Debtor's property in Summit County. See Judgment Lien attached as Exhibit B. The lien attached to the Debtor's property located at 361 Village Point Drive C, Akron, Ohio 44313.
5. Debtor's current bankruptcy was filed on November 18, 2022. The plan as filed proposes to avoid Creditor's judgment lien under 11 U.S.C. § 522(f).
6. Creditor objects to confirmation of the proposed plan because the judgment lien was filed on the basis of a non-dischargeable debt, and therefore cannot be avoided. Creditor believes the avoiding of the lien is a moot request since the plan fails to provide for payment of the claim in full. Creditor reserves the right to immediately re-file another judgment lien upon completion of the Chapter 13 bankruptcy, therefore defeating the purpose of the lien avoidance.
7. Creditor also believes the lien should remain in place until the successful completion of the bankruptcy to protect the Creditor from Debtor's attempts to sell the property free and clear of the lien during the pendency of the bankruptcy.

## COUNT 2

1. Creditor William Hotaling is the only creditor who has filed a claim in this bankruptcy.
2. Debtor's Chapter 13 plan is offering to pay $150.00 per month for 36 months which would accumulate approximately $5,400.00 total for distribution to creditors.
3. Debtor's counsel is owed $3,000.00 in attorney fees to be paid through the plan. After accounting for the attorney fees, that leaves $2,400.00 total for distribution to creditors, not factoring the Trustee's fees.

4. Debtor has essentially filed a Chapter 7 bankruptcy under the veil of a Chapter 13 as the sole unsecured creditor is set to receive close to 0%.

5. Creditor is objecting to confirmation on the basis of bad faith as Debtor is simply using the chapter 13 bankruptcy as an attempt to stall collection efforts by a non-dischargeable creditor.

**WHEREFORE**, Objecting Creditor prays that this Honorable Court deny confirmation of the Debtor(s) proposed Chapter 13 Plan.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ MILOS GVOZDENOVIC
MILOS GVOZDENOVIC 0077969
Attorney for Creditor
965 KEYNOTE CIRCLE
CLEVELAND OH, 44131
877-338-9484
mgvozdenovic@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection to Plan was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 23rd day of January, 2023 addressed to:

DAVID A MUCKLOW, Attorney for Debtor at
DAVIDAMUCKLOW@YAHOO.COM

KEITH RUCINSKI, Trustee
1 CASCADE PLZ STE 2020
AKRON, OH 44308
efilings@ch13akron.com

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

DELONE CARTER
361 VILLAGE POINTE DR
AKRON, OH 44313

,

        Respectfully submitted,
        Weltman, Weinberg & Reis Co. LPA

        /s/ MILOS GVOZDENOVIC
        MILOS GVOZDENOVIC  0077969
        Attorney for Creditor
        965 KEYNOTE CIRCLE
        CLEVELAND, OH 44131
        877-338-9484
        mgvozdenovic@weltman.com

# EXHIBIT A

This document was signed electronically on February 28, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: February 28, 2020



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

WWR#: 040505847

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:

    DELONE M CARTER                        CASE NO. 19-52679-amk

    DEBTOR.                                CHAPTER 13

                                        JUDGE ALAN M. KOSCHIK

_____

WILLIAM HOTALING,

    Plaintiff,                             Adv. Proc. No.: 20-05001-amk

v.

DELONE M CARTER,

    Defendant.

_____

**CONSENT JUDGMENT FOR
NON-DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523(a)(6)**

Now come the parties, William Hotaling ("Plaintiff") and Delone Carter ("Defendant"), by

and through counsel, upon the Complaint filed by Plaintiff for a determination of non-

dischargeability of debt pursuant to 11 U.S.C. §523(a)(6). The parties have now resolved the matter upon the following terms:

1. Plaintiff is hereby granted a non-dischargeable judgment in the amount of $124,706.03, consisting of damages in the amount of $123,206.03 and attorney fees of $1,500, pursuant to 11 U.S.C. §523(a)(6).

2. This debt shall survive a discharge in the underlying Chapter 13 case #19-52679 and any future bankruptcy proceeding filed by Defendant, including a conversion to Chapter 7 in the pending case.

3. Interest shall accrue on this judgment at the rate of 9% per annum from the date of entry of this Order on the docket.

# # #

Submitted by:

/s/ Scott D. Fink
Scott D. Fink, Esq. (0069022)
Counsel for Plaintiff
Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Brooklyn Heights, OH 44131
(216) 739-5644 – phone
(216) 739-5680 – fax
sfink@weltman.com

/s/ Peter G. Tsarnas
Peter G. Tsarnas, Esq. (0076934)
Gertz & Rosen, Ltd.
11 South Forge Street
Akron, OH 44304
(330) 376-8336 –phone
(330) 376-2522 –fax
ptsarnas@gertzrosen.com

## SERVICE LIST

        A true and correct copy of the foregoing Order on the Complaint on behalf of William Hotaling was served:

Via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

    Peter G. Tsarnas, Defendant's Attorney, at ptsarnas@gertzrosen.com

    OFFICE OF THE UNITED STATES TRUSTEE    @usdoj.gov

and by regular U.S. Mail, postage prepaid, to:

    Delone M. Carter, Defendant
    361 Village Pointe Drive C
    Akron, OH 44313

# EXHIBIT B

**CERTIFICATE OF JUDGMENT
FOR LIEN
FOR TRANSFER
SUMMIT COUNTY COMMON PLEAS COURT
AKRON, OHIO**

**SANDRA KURT**, Clerk of Courts

O.R.C. 2329.02

TITLE OF ACTION      LIEN CASE NO.    CV-2019-06-2117

CASE NO.

**WILLIAM HOTALING vs DELONE CARTER**

Attorney For Creditor: ROBERT BENNETT WELTMAN

JUDGMENT CREDITOR(S) : **WILLIAM HOTALING**
252 W. SUMMIT AVE
HADDONFIELD, NJ 08033

JUDGMENT DEBTOR(S) : **DELONE CARTER**
361 VILLAGE POINTE DRIVE
#C
AKRON, OH 44313

| | |
|---|---|
| **Date Of Rendition of Judgment** | AUGUST 14, 2019 |
| **Amount of Judgment:** | $118,532.15 |
| **Rate of Interest:** | 9.00% |
| **Date of Interest:** | APRIL 16, 2019 |

**SANDRA KURT**, Clerk, COMMON PLEAS COURT

I, **SANDRA KURT**, Clerk of The Common Pleas Court of Summit County, Ohio, and in whose custody the files, Journals and Records of said Court are required by the laws of the State Of Ohio, to be kept, hereby certify that the foregoing is taken and copied from Journal Entry of the proceedings of the said Common Pleas Court, and that said foregoing entries have been compared by me with the original entries on said Docket and that the same is a correct certificate of judgment therefrom.

IN WITNESS WHEREOF, I do hereto subscribe my name officially and **August 16, 2019** affix the seal of said court at Akron, Ohio.

_____
Deputy Clerk

CV Form 020                        Rev 1.100614

WWR #040330487

IN THE COURT OF COMMON PLEAS
SUMMIT COUNTY, OHIO

| | | |
|---|---|---|
| WILLIAM HOTALING | ) | CASE NO. CV 2019 06 2117 |
| Plaintiff | ) | JUDGE: ALISON McCARTY |
| vs. | ) | |
| DELONE CARTER | ) | **JOURNAL ENTRY** |
| Defendant | ) | |

Plaintiff, William Hotaling, filed his Affidavit for Foreign Judgment Filing and Praecipe on June 7, 2019, pursuant to the Ohio Uniform Enforcement of Foreign Judgment Act, with notice of same sent to Defendant, Delone Carter, by U.S. Mail, as per statute.

More than 30 days has elapsed from the time notice was issued to Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Foreign Judgments be entered in the total amount of $118,532.15, together with interest at the rate of 9% per annum from April 16, 2019, costs and attorney's fees.

*/s/ Alison McCarty*
JUDGE ALISON McCARTY

Submitted by:

WELTMAN, WEINBERG & REIS CO., L.P.A.

_/s/ Robert B. Weltman_
ROBERT B. WELTMAN #0008230
Attorney for Plaintiff
Lakeside Place, Suite 200
323 Lakeside Avenue, West
Cleveland, OH 44113
Telephone: (216) 685-1040
Facsimile: (216) 363-6914

Email: rweltman@weltman.com