# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE:

**DELONE M. CARTER**
    Debtor(s)

CASE NO. 22-51371
CHAPTER 13

JUDGE: ALAN M. KOSCHIK

**MOTION TO ENTER AGREED ORDER FOR RELIEF FROM STAY**

Debtor, Delone M. Carter by and through undersigned counsel hereby move this Court for an Order conditioning, modifying the automatic stay imposed by Section 362 of the Bankruptcy Code. Debtor filed for protection under chapter 13 Bankruptcy on November 11, 2022 and Debtor wishes to file for Dissolution of Marriage and state the following:

1. Debtor is a party to a divorce proceeding presently pending in the Summit County Court of Common Pleas, Domestic Relations Division, bearing Delone Carter v. Amanda Carter, bearing Case No. DR-2023-10-2662. Both parties are pro-se.

2. The Debtor desire to Modify the Automatic Stay only for the limited purpose of affording him the opportunity to proceed with a Petition for Dissolution of Marriage in the Domestic Relations Court of Common Pleas in Summit County.

3. The Chapter 13 Trustee in Akron, Keith Rucinski, takes no position either in favor or opposition to the Dissolution of Marriage.

4. The Debtors shall not be permitted to dispose of any assets of the bankruptcy estate without permission of the US Bankruptcy Court.

5. Relief from the bankruptcy automatic stay is not necessary for the Domestic Relations Court to render decisions regarding paternity, alimony or support.

6. The Debtor has a continuing duty to report all changes in address to the US Bankruptcy Court and the Chapter 13 Trustee.

WHEREFORE, Debtor prays to enter the attached Agreed Order for Relief from Stay to permit Debtor to proceed with filing a Dissolution of Marriage.

Respectfully submitted,

/s/ David A. Mucklow
DAVID A. MUCKLOW (#0072875)
Attorney for Debtor
919 E. Turkeyfoot Lake Road, Ste. B
Akron, OH 44312
Tele (330) 896-8190
Fax (330) 896-8201
davidamucklow@yahoo.com

# NOTICE

Delone M. Carter by and through his attorney has filed a motion to modify the automatic stay for the limited purpose of commencing a domestic relations case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant this motion, then **within 14 days** of the date of service of this document:

>You or your lawyer must:

>File with the court a written request for hearing {or, *if the court requires a written response,* an answer, explaining your position}
at:

>>Clerk of the U.S. Bankruptcy Court
Federal Building, U.S. Courthouse
2 South Main St.
Akron, OH 44308

If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive it within 14 days from the date this Notice was sent to you or served.**

>You must also mail a copy to:

>>David A. Mucklow, Esq.
Attorney for the Debtor
919 E. Turkeyfoot Lake Road, Suite B
Akron, OH 44312

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion.

# CERTIFICATE OF SERVICE

      I certify that on or about 12th day of February, 2024 that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

- Keith Rucinski    efilings@ch13akron.com
- United States Trustee    (Registered address)@usdoj.gov

      I certify on or about 12th day of February, 2024 that a true and correct copy of the forgoing was sent via U.S. regular mail or certified mail to the persons listed below.

| | |
|---|---|
| Dalone M Carter<br>361 Village Pointe Drive #C<br>Akron, OH 44313 | Amanda Carter<br>812 Hampton Ridge Dr.<br>Akron, OH 44313 |

                                                  /s/ David A. Mucklow_____
                                                  DAVID A. MUCKLOW, (#0072875)

**Exhibit A**

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| In Re: | ) | |
|---|---|---|
| | ) | CHAPTER 13 |
| | ) | CASE NO: **22-51371** |
| | ) | |
| Delone M. Carter | ) | ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | **AGREED ORDER FOR RELIEF FROM** |
| DEBTOR(S) | ) | **STAY** |
| | ) | |
| | ) | |

1. This matter came upon the Debtor, Delone M. Carter with a motion to modify the automatic stay for the limited purpose of commencing a Domestic Relations Case. The Debtor's motion is incorporated herein as if fully rewritten.

2. Debtor is a party to a divorce proceeding presently pending in the Summit County Court of Common Pleas, Domestic Relations Division, bearing Delone Carter v. Amanda Carter, bearing Case No. DR-2023-10-2662. Both parties are pro-se.

3. The Debtor desire to modify the automatic stay only for the limited purpose of affording him the opportunity to proceed with a Petition for Dissolution of Marriage in the Domestic Relations Court of Common Pleas in Summit County, Ohio.

4. The Chapter 13 Trustee in Akron, Keith Rucinski, takes no position either in favor or opposition to the Dissolution of Marriage. The Trustee's signature on this order only indicates that the Trustee does not oppose the modification of the automatic stay only for the limited purpose of allowing the Debtor to file a Dissolution of Marriage.

5. The Debtor may not dispose of assets of the bankruptcy estate without permission of the US Bankruptcy Court.

6. Relief from the bankruptcy automatic stay is not required for the Domestic Relations Court to render decisions regarding paternity, alimony or support.

7. The Chapter 13 Trustee provides educational information on the interaction of Bankruptcy law with Family Law on his web site at www.chapter13info.com.

8. The Debtor has a continuing duty to report all changes in address to the US Bankruptcy Court and Chapter 13 Trustee.

**It Is So Ordered**, the Court hereby modifies the automatic stay pursuant to 11 USC § 362 only for the limited purpose of allowing the debtors to proceed with a Dissolution of Marriage in the Domestic Relations Court of Common Pleas in Summit County, Ohio.

###

Submitted By:

/s/ David A. Mucklow
David A. Mucklow (#0072875)
Attorney for Debtor
919 E. Turkeyfoot Lake Rd.
Suite B
Akron, OH 44312
Phone 330-896-8190
Fax 330-896-8201
davidamucklow@yahoo.com

Approved By:

/s/ Keith L. Rucinski
Keith L.Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 008477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330-762-6335
Fax: 330-762-7072
krucinski@ch13akron.com
jferrise@ch13akron.com

/s/ Amanda Carter
Amanda Carter, Pro-Se
812 Hampton Ridge Dr.
Akron, OH 44313
Phone 330-990-8405

**CHAPTER 13**

Keith Rucinski,

Trustee

One Cascade Plaza

Suite 2020

Akron, Oh 44308