UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)


FILED
2025 DEC 17 AM 8:33

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

In re:
Delone M. Carter, Debtor
Case No. 22-51371-amk
Chapter 13
Judge Alan M. Koschik

## OBJECTION TO MOTION TO AVOID JUDICIAL LIEN

To the Honorable Judge Koschik:

I, William Hotaling, a judgment creditor in the above-captioned and attached matter, respectfully submit this objection to the Debtor's Motion to Avoid Judicial Lien under 11 U.S.C. § 522(f), as it relates to a valid and non-dischargeable judgment arising from a willful and malicious physical assault - followed by false statements by the debtor designed to erode my credibility.

1. **Lack of Proper Notice**:
   I did not receive timely or adequate notice of the Debtor's Motion to Avoid Lien. I only became aware of the pending motion and scheduled hearing on **December 2, 2025**. Had I received notice earlier, I would have responded or retained counsel in a timely manner. I have not missed a single hearing relating to this matter in the 14+ years it has been active. I respectfully submit that this lengthy history of consistent participation and attention to the matter supports my assertion that I was not aware, informed, nor properly notified of the September and October 2023 hearings regarding the lien avoidance motion.
2. **The Judgment Is for Willful and Malicious Injury**:
   The underlying judgment was entered following a physical assault that caused serious harm. It has been previously adjudicated as **non-dischargeable under 11 U.S.C. § 523(a)(6)**. While lien avoidance under § 522(f) is separate from dischargeability, the egregious nature of the underlying conduct and the **strong public interest in not insulating violent wrongdoers from the consequences of their actions** warrant heightened scrutiny by the Court. Furthermore, the Court previously granted this lien against the Debtor's real property, and I rely on that remedy as the only meaningful path to recovery.
3. **Procedural and Substantive Fairness**:
   Allowing the lien to be avoided without providing me proper notice violates my right to due process. It would also deprive me of the only practical enforcement tool I have to collect a longstanding and serious judgment. I respectfully ask the Court to weigh the gravity of the original harm and the extended effort I have made over more than a decade to pursue recovery lawfully.
4. **Debtor's Change of Address / Change of Forum**:
   I respectfully ask the Court to consider that the Debtor has now listed a Texas address in the notice I received from the Court in December 2025. This raises serious concerns that the Debtor may be planning to sell the Ohio property in order to relocate and protect assets in a jurisdiction with more favorable debtor protections, such as Texas's broad homestead exemption. If permitted to strip the lien without full process and scrutiny, this could leave me without any practical avenue for recovery after more than a decade of lawful effort.

5. **Reservation of Rights**:
   I reserve all rights to supplement this objection, retain counsel, and pursue relief under Bankruptcy Rule 9024 and Federal Rule of Civil Procedure 60(b)(4), should the lien avoidance order proceed without valid notice.

---

## PRAYER FOR RELIEF

Wherefore, I respectfully request that the Court:

- Deny the Debtor's Motion to Avoid Judicial Lien as it relates to my judgment; or
- In the alternative, continue or defer ruling on the motion to permit me to secure legal representation and file a complete response; especially considering the debtor's notoriety in the region it has been hard to secure capable legal representation, and I request a minimum of 90 days in order to do so.
- Correct the spelling of my name on official documentation to aid in proper notice being given.
- And grant such further relief as the Court deems appropriate.

Dated: December 15, 2025

Respectfully submitted,

**William Hotaling**

252 West Summit Ave.
Haddonfield, NJ 08033

856-745-9017
jay@whotaling.com

Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308
Case No. 22-51371-amk 

**In re:**
Delone M. Carter
3333 Bleecker St
Unit #316
Coppell, TX 75019

**Social Security No.:**
xxx-xx-7465

## NOTICE OF HEARING

### SET PER CHAMBERS

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
January 7, 2026 at 10:30 AM
2 South Main Street, Courtroom #260, John F. Seiberling Federal U.S. Courthouse
Akron, OH 44308

To consider and act upon the following matters:

Motion to Avoid Lien with William Hotaling Filed by Debtor Delone M. Carter

**Dated:** November 26, 2025
Form ohnb187

For the Court
Josiah C. Sell, Clerk

Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

002435 2435 1 AB 0.636 08033 3 7 10603-1-2692

Willaim Hotaling
252 W. Summit Avenue
Haddonfield, NJ 08033-3723

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| In Re: | : | Case Number: 22-51371 |
|---|---|---|
| | : | |
| Delone M. Carter, | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Judge Alan M. Koschik |

## MOTION TO ENTER ORDER TO AVOID JUDICIAL LIEN PER SECTION 3.4 OF THE CHAPTER 13 PLAN

**Now comes** the Debtor, Delone M. Carter by and through his attorney, David A. Mucklow and requests to enter an order to avoid the judicial lien of William Hotaling.

1. Section 3.4 of the First Amended Chapter 13 plan filed on December 5, 2022, proposed to avoid the judicial lien of William Hotaling pursuant to Bankruptcy Rule 4003(d) and Section 522(f) of the Bankruptcy Code. The Chapter 13 plan was confirmed on January 25, 2024. The proposed order is hereto attached as Exhibit A.

Wherefore, the Debtor requests that the court enter an order to avoid the judicial lien of William Hotaling against the Debtor's residence located at 361 Village Pointe Drive, #C, Akron, Ohio 44313.

Respectfully Submitted by:

/s/ David A. Mucklow
DAVID A. MUCKLOW (#0072875)
919 E. Turkeyfoot Lake Road, Suite B
Akron, OH 44312
Telephone: (330) 896-8190
Fax: (330) 896-8201
davidamucklow@yahoo.com

# NOTICE

Delone M. Carter, the Debtor has filed a motion to avoid judicial lien in this bankruptcy case.

**Your interest may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to grant this motion, then **within 14 days** of the date of service of this motion of document:

>You or your lawyer must:

File with the court a written request for hearing (or, *if the court requires a written response,* an answer, explaining your position) at:
>Clerk of the U.S. Bankruptcy Court
>Federal Building, U.S. Courthouse
>2 South Main St.
>Akron, OH 44308

If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive it within 14 days from the date this Notice was sent to you or served.** → *Signed for @ USPS 08033 on: 2 Dec 2025*

>You must also mail a copy to:

>David A. Mucklow, Esq.
>Attorney for the Debtor
>919 E. Turkeyfoot Lake Road
>Suite B
>Akron, OH 44312

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion.

# CERTIFICATE OF SERVICE

I certify that on or about 20th day of November, 2025 that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Keith Rucinski, Trustee     efilings@ch13akron.com

United States Trustee     (Registered address)@usdoj.gov

I certify on or about 20th day of November, 2025 that a true and correct copy of the foregoing was sent via U.S. regular postage prepaid or certified mail to the persons listed below.

Delone Carter
3333 Bleecker St., Unit #316
Coppell, TX 75019

**CERTIFIED MAIL**

William Hotaling
252 W. Summit Avenue
Haddonfield, NJ 08033

/s/ David A. Mucklow
DAVID A. MUCKLOW, (#0072875)



IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-51371 |
| | ) | |
| | ) | IN PROCEEDINGS UNDER |
| Delone M. Carter, | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | Alan M. Koschik |

### ORDER TO AVOID JUDICIAL LIEN OF WILLIAM HOTALING

Section 3.4 of the Debtor's First Amended Chapter 13 plan filed on December 5, 2022, proposed to avoid the judicial lien of William Hotaling pursuant to Bankruptcy Rule 4003(d) and Section 522(f) of the Bankruptcy Code. The Chapter 13 plan was confirmed on January 25, 2024.

It Is Therefore Ordered:

1. The judicial lien of William Hotaling filed in the Court of Common Pleas, Summit County, Ohio (JL-2019-6267) in the amount of $118,532.15, against the

Debtor's residence at 361 Village Pointe Drive, #C, Akron, Ohio 44313 is avoided.

2. The lien of William Hotaling shall be deemed released upon presentation of a copy of this Order and a copy of the Chapter 13 discharge. The official may require the copies to be certified. If the official refuses to release the lien upon proper presentation of documents and fees, then a recordation of a certified copy of this order and a certified copy of the Chapter 13 discharge shall act as a release of the lien.

###

**SUBMITTED BY:**

/s/David A. Mucklow
David A. Mucklow, (#0072875)
Attorney for Debtor
919 E. Turkeyfoot Lake Road, Suite B
Akron, OH 44312
Phone (330) 896-8190
Fax (330) 896-8201
davidamucklow@yahoo.com